IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00069-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW DAVID OWENS, | ) | |
| Defendant. | ) | |

Before the court is Defendant's June 20, 2013 letter addressed to the undersigned [DE-27]. In his letter, Defendant argues that he is not receiving proper medical care at Brunswick County Jail. Defendant further argues that he is having issues with his counsel and requests a hearing to address the matter.

A review of the record reveals that Defendant's counsel made a motion for psychiatric exam [DE-25], which the undersigned granted on June 17, 2013 [DE-26]. The court has been advised that as of this date, Defendant has been transferred to FCI-Butner for his psychological exam.

As noted in the undersigned's June 17, 2013 Order, upon completion of the psychiatric exam and the filing of the reports, the Clerk of Court is to schedule a hearing to determine Defendant's competency. At that hearing, in addition to the issue of competency, the undersigned will also address the issues Defendant has raised in his letter dated June 20, 2013.

SO ORDERED.

This, the 2ᵈ day of July, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge