UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-69-F1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW DAVID OWENS, | ) | |
| Defendant. | ) | |

This matter is before the court on defense counsel's Motion to Withdraw [DE-38] as counsel of record for the Defendant. Because there is some question regarding Owens's competency to proceed, the court finds the most prudent course is to hear the motion to withdraw in open court at the scheduled arraignment and competency hearing. Accordingly, the court will hear counsel's motion at the Defendant's scheduled arraignment and competency hearing, currently set for the **September 3, 2013 term of court**. If new counsel is appointed at the hearing, the court will consider continuing the arraignment and competency proceedings, if either party feels a continuance is needed under the circumstances.

SO ORDERED.

This the 5th day of August, 2013.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge