UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-69-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ANDREW DAVID OWENS, | ) | |
| Defendant. | ) | |

This matter is before the court on Owens's pro se motions to dismiss the indictment [DE-52, -53]. Owens was indicted for failure register as a sex offender, in violation 18 U.S.C. § 2250 on March 21, 2013. He is currently represented by his second court-appointed attorney. As the court has already explained to Owens, he is represented by counsel and he therefore must raise any challenges to his indictment through counsel. *United States v. Barnes*, 358 F. App'x 412, 413 (4th Cir. 2009); *United States v. Vampire Nation*, 451 F.3d 189, 206 n.17 (3d Cir. 2006). Owens's motions [DE-52, -53] are therefore DENIED without prejudice to raise the issues in subsequent motions filed by counsel.

SO ORDERED.

This the 15 day of October, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge