UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andrew David Owens                       Docket No. 5:13-CR-69-1F

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Andrew David Owens, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, 18 U.S.C. § 2250, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on January 6, 2015, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 240 months.

Andrew David Owens was released from custody on September 4, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a result of the defendant's instant offense, the probation office is recommending that he be allowed to complete a sex offender assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. If treatment is deemed necessary, the court will be notified.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: October 8, 2015 |

Andrew David Owens
Docket No. 5:13-CR-69-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _____8___ day of ___October_____, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*

James C. Fox
Senior U.S. District Judge