## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 5:13-CR-69-1F

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Andrew David Owens** | ) | |
| | ) | |

On January 6, 2015, Andrew David Owens appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Failure to Register As a Sex Offender, 18 U.S.C. § 2250, was sentenced to the custody of the Bureau of Prisons for a term of 41 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 240 months upon release from imprisonment. Andrew David Owens was released from custody and the term of supervised release commenced on September 4, 2015.

From evidence presented at the revocation hearing on November 4, 2016, the court finds as a fact that Andrew David Owens, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to answer truthfully inquiries by the probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 months with 18 years of supervised release to follow.

**IT IS RECOMMENDED** that the defendant serve his term of custody at FMC Butner.

**IT IS ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 4th day of November, 2016.

_James C. Fox_
James C. Fox
Senior U.S. District Judge